CO-932
Rev. 4/96

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 40.5(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 40.5(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff, defendant or counsel must complete the following:

I. RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

- [ ] (a) relates to common property
- [x] (b) involves common issues of fact
- [ ] (c) grows out of the same event or transaction
- [ ] (d) involves the validity or infringement of the same patent
- [ ] (e) is filed by the same pro se litigant

2. RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the <u>same</u> parties and <u>same</u> subject matter.

Check box if new case is related to a dismissed case: [ ]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

_____

4. CAPTION AND CASE NUMBER OF RELATED CASE(E-S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

**M.J.** _____ v. **District of Columbia** _____ C.A. No. **1:18cv1901**

**July 6, 2023** _____   /s/ Michael Perloff _____
DATE                              Signature of Plaintiff /Defendant (or counsel)

**SUPPLEMENT TO NOTICE OF DESIGNATION OF RELATED CIVIL CASES**

This action is related to *MJ v. District of Columbia*, 1:18-cv-01901 because the two cases involve common factual issues. *MJ* contends that the District violates the Americans with Disabilities Act, the Rehabilitation Act, and the Medicaid Act by failing to provide intensive community-based services to children with mental health disabilities. Second Am. Compl. ¶¶ 1, 9, 41, ECF No. 99 (2022). Those services include "mobile crisis services," which the *MJ* Second Amended Complaint defines as "a mobile, onsite, in-person response, available at any time or place to a child experiencing a crisis, for the purpose of identifying, assessing, and stabilizing the situation and reducing any immediate risk of harm." *Id.* ¶ 41. In *MJ*, the District has contended that its existing crisis response services satisfy any legal obligations it has for those services; the *MJ* plaintiffs have argued that they do not. *See* Pls.' Opp'n To Defs.' Mot. To Dismiss the Compl. at 6, ECF No. 29 (2018). In *Bread for the City v. District of Columbia*, Plaintiff Bread for the City contends that the District provides mental health crisis resposne services (for both youth and adults) in a manner that violates the Americans with Disabilities Act and Rehabilitation Act. Thus, the crisis response services that the District provides and the efficiency and effectiveness of those services constitute factual issues in both matters.