AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* District of Columbia c/o Office of the Attorney General for D.C.
was received by me on *(date)* July 10, 2023 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* On July 10, 2023, I served the summons, complaint, Notice of Right To Consent To Trial Before a United States Magistrate Judge, corporate disclosure statement, and notice of related case on Defendant District of Columbia c/o the Office of the Attorney General. I effectuated service by emailing the named documents to chad.copeland@dc.gov, stephanie.litos@dc.gov, and tonia.robinson@dc.gov, in accordance with the DC Office of the Attorney General Office Order 2020-10 (April 1, 2020). That Order provides that the District will accept service when the required documents are emailed to the 3 email addresses named above. Tonia Robinson accepted service via email on July 10, 2023.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: July 13, 2023

/s/Elaine Stamp
*Server's signature*

Elaine Stamp, Paralegal and Intakes Manager
*Printed name and title*

915 15th St NW, 2nd Floor, Washington D.C. 20005
*Server's address*

Additional information regarding attempted service, etc: