AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Bread for the City | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-01945-ACR |
| District of Columbia | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Bread for the City.

Date: 07/26/2023

/s/ Michael Perloff
*Attorney's signature*

Michael Perloff (D.C. Bar No. 1601047)
*Printed name and bar number*
American Civil Liberties Union Foundation of D.C.
915 15th Street NW, 2nd Floor
Washington, D.C. 20005

*Address*

mperloff@acludc.org
*E-mail address*

(202) 601-4278
*Telephone number*

*FAX number*