AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Bread for the City | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-01945-ACR |
| District of Columbia | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Bread for the City.

Date: 10/12/2023

/s/ Ashika Verriest
*Attorney's signature*

Ashika Verriest (D.C. Bar No. 90001468)
*Printed name and bar number*

American Civil Liberties Union Foundation
915 15th Street NW
Washington, D.C. 20005
*Address*

averriest@aclu.org
*E-mail address*

(240) 676-3240
*Telephone number*

*FAX number*