UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BREAD FOR THE CITY,<br><br>          Plaintiff,<br><br>v.<br><br>DISTRICT OF COLUMBIA,<br><br>          Defendant. | Civil Action No. 1:23-cv-01945-ACR |

## SUPPLEMENTAL LOCAL RULE 7(m) CERTIFICATION

Pursuant to Local Rule 7(m) and Judge Reyes's Standing Order in Civil Cases, I hereby certify that the D.C. Police Union made good-faith efforts to discuss the relief sought in its Motion to Intervene and, to date, has not obtained consent to the relief sought by the D.C. Police Union, but continues to work with the parties to reach an agreement.

On September 14, 2023 at 12:25 p.m., counsel for the D.C. Police Union sent an e-mail to counsel for Bread for the City (Plaintiff) and counsel for the District of Columbia (Defendant) that advised both of its intent to file a Motion to Intervene. Upon request from counsel for the Defendant, a completed draft of the Motion to Intervene was e-mailed to Defendant's counsel on September 15, 2023 at 4:41 p.m. The Defendant expressed its support for the D.C. Police Union to join as *amicus* but took no position as to the relief sought. On September 15, 2023 at 6:27 p.m., counsel for the Plaintiff expressed that it "[does] not consent to the D.C. Police Union participating in this case as an intervenor or amicus on an on-going basis."

On November 2, 2023 at 11:57 a.m., counsel for the Plaintiff notified counsel for the D.C. Police Union that it had submitted an opposition to the D.C. Police Union's Motion to

Intervene and expressed an interest in potentially resolving the motion by a consent order. On November 10, 2023 at 2:18 p.m., counsel for the D.C. Police Union expressed a willingness to reach an agreement. The undersigned circulated a seven-point proposed order on November 14, 2023 at 5:12 p.m. on November 15, 2023 at 10:37 a.m., counsel for Plaintiff indicated that it would not agree to all aspects of the proposal. The Plaintiff's counsel and undersigned participated in a Zoom video conference call at 11:00 a.m. on Friday, November 17, 2023, to discuss the proposal. The call lasted over an hour; counsel attempted to reach an agreement on the motion and discussed the undersigned's proposed order. Although an agreement was not reached, counsel for the Plaintiff requested additional time to consider undersigned's proposed order. Counsel for the Plaintiff and counsel for the D.C. Police Union agreed to continue with their discussions to potentially resolve the matter before the November 27, 2023 hearing.

The parties continue to work to resolve the outstanding motion through a proposed order and are jointly requesting a postponement of the November 27, 2023 hearing to provide additional time to discuss and exchange proposed orders.

                                   _____
Anthony M. Conti (D.C. Bar No. 479152)
Daniel J. McCartin (D.C. Bar No. 976580)
CONTI FENN LLC
36 South Charles Street, Suite 2501
Baltimore, Maryland 21201
Tel. (410) 837-6999
Fax: (410) 510-1647
tony@contifenn.com
dan@contifenn.com

*Counsel for Proposed Intervenor*
*D.C. Police Union*

**CERTIFICATE OF SERVICE**

I hereby certify that November 20, 2023, a copy of the foregoing was served via the Court's CM/ECF system on:

Michael Perloff
Scott Michelman
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF THE DISTRICT OF COLUMBIA
915 15th Street, N.W., 2nd Floor
Washington, D.C. 20005
(202) 601 – 4278
mperloff@acludc.org
smichelman@acludc.org

Ashika Verriest
Brian Dimmick
Susan Mizner
Jenn Rolnick Brochetta
West Resendes
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street
New York, New York 10004
(240) 676 – 3240
averriest@aclu.org

Daniel L. Brown
Steven Hollman
Nikole Snyder
Calla N. Simeone
SHEPPARD, MULLIN, RICHTER
& HAMILTON LLP
2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006
(202) 747 – 1941
Dbrown@sheppardmullin.com

*Counsel for Plaintiff*

Pamela A. Disney
Brendan Russell Heath
OFFICE OF THE ATTORNEY GENERAL FOR
THE DISTRICT OF COLUMBIA
400 Sixth Street, N.W.
Suite 10100
Washington, D.C. 20001
(202) 442 – 9880
Pamela.disney@dc.gov
Brendan.heath@dc.gov

*Counsel for Defendant*

Anthony M. Conti (D.C. Bar No. 479152)
CONTI FENN LLC
36 South Charles Street, Suite 2501
Baltimore, Maryland 21201
Tel. (410) 837-6999
Fax: (410) 510-1647
tony@contifenn.com

*Counsel for Proposed Intervenor
D.C. Police Union*