UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BREAD FOR THE CITY,

                              Plaintiff,

v.                                           No. 1:23-cv-01945-ACR

DISTRICT OF COLUMBIA,

                              Defendant.

## JOINT MOTION TO APPROVE APPOINTMENT OF AMICUS CURIAE

Plaintiff Bread for the City ("Plaintiff") and proposed intervenor the Fraternal Order of Police, Metropolitan Police Labor Committee, D.C. ("Union") jointly submit this motion to approve appointment of the Union as *amicus curiae* in this action. Defendant District of Columbia takes no position on this motion.

The Union moved to intervene in this action on September 18, 2023, ECF 15, 15-1, 15-2, arguing, *inter alia*, the Union should be permitted to intervene as of right or by permission or, in the alternative, should proceed as an amicus in this litigation. Plaintiff opposed the Union's motion on October 30, 2023, ECF 28, 28-1, arguing, *inter alia*, that the Union has not met the standard for intervention, but stating it had no objection to the Union participating in this litigation as an amicus subject to certain limitations. Plaintiff and the Union seek to amicably resolve the Union's Motion to Intervene by appointment of the Union as *amicus curiae* in the manner described in the stipulation and proposed order.

Plaintiff recognizes that the Union is invested in the outcome of this litigation, and Plaintiff agrees that it will seek to include in any settlement of this matter the following language: "Nothing in this agreement is intended to: (a) alter the existing collective bargaining

1

agreements between the District and MPD employee bargaining units; or (b) impair the collective bargaining rights of employees in those units under law."

Appointment of the Union as *amicus curiae* in the manner defined in the stipulation and proposed order gives the Union sufficient opportunity to participate in this action without duplicating the Defendant's role. It will not prevent this action from proceeding to trial according to the Court's ordered schedule. A stipulation and proposed order is attached.

|  |  |
|---|---|
| December 12, 2023 | Respectfully submitted, |

/s/ *Ashika Verriest*
Ashika Verriest* (D.C. Bar No. 90001468)
Jenn Rolnick Borchetta*
Brian Dimmick (D.C. Bar No. 1013979)
Susan Mizner
West Resendes
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
(240) 676-3240
averriest@aclu.org

*Admitted pro hac vice*

Michael Perloff (D.C. Bar No. 1601047)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
(202) 716-1427
mperloff@acludc.org

Daniel L. Brown (N.Y. Bar No. 2978559)
Steven Hollman (D.C. Bar No. 375658)
Nikole Snyder (D.C. Bar No. 1670948)
Calla N. Simeone (D.C. Bar No. 1766258)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
2099 Pennsylvania Ave. NW, Ste. 100

        Washington, D.C. 20006
        Telephone: (202) 747-1941
        dbrown@sheppardmullin.com
        shollman@sheppardmullin.com
        nsnyder@sheppardmullin.com
        csimeone@sheppardmullin.com

*Counsel for Plaintiff*

<u>*/s/ Anthony M. Conti*</u>
Anthony M. Conti (D.C. Bar No. 479152)
Daniel J. McCartin (D.C. Bar No. 976580)
CONTI FENN LLC
36 South Charles Street, Suite 2501
Baltimore, Maryland 21201
Tel. (410) 837-6999
Fax: (410) 510-1647
tony@contifenn.com
dan@contifenn.com

*Counsel for Proposed Intervenor*
*D.C. Police Union*