UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BREAD FOR THE CITY,**<br><br>Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>Defendant. | Civil Action No. 1:23-cv-01945-ACR |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant District of Columbia moves to dismiss Plaintiff's Complaint under Rules 12(b)(1) and 12(b)(6). The grounds supporting this Motion are set forth in the accompanying Memorandum. A proposed order is attached. Because the Motion is dispositive, undersigned counsel did not seek consent to the relief requested. *See* LCvR 7(m).

Date: January 19, 2024.

Respectfully Submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Interim Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

/s/ *Honey Morton*
HONEY MORTON [1018978]
Assistant Chief, Equity Section

*/s/ Pamela A. Disney*
PAMELA A. DISNEY [1601225]
BRENDAN HEATH [1619960]
ADAM P. DANIEL [1048359]

Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 807-0371
Email: pamela.disney@dc.gov

*Counsel for Defendants*