UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BREAD FOR THE CITY,**<br><br>Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>Defendant. | **Civil Action No. 1:23-cv-01945-ACR** |

## ORDER

Upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (Motion), any opposition and reply, and the entire record, it is **ORDERED** that:

The Motion is **GRANTED**; and

Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

_____
THE HONORABLE ANA C. REYES
Judge, United States District Court
      for the District of Columbia