UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BREAD FOR THE CITY,**<br><br>    Plaintiff,<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>    Defendant. | Civil Action No. 1:23-cv-01945-ACR |

## DEFENDANT DISTRICT OF COLUMBIA'S OPPOSED MOTION FOR RECONSIDERATION OF THE COURT'S DECEMBER 19, 2023 MINUTE ORDER

Defendant District of Columbia moves for reconsideration of the following portion of the Court's December 19, 2023 Minute Order:

> ORDERED that the Working Group shall continue to meet pending the Court's resolution of Defendant's motion to dismiss, and after the resolution of such motion if it is denied. The Court will not set a meeting schedule now as it expects the Working Group to come to consensus on the appropriate frequency to keep matters moving efficiently and expeditiously.

*See* Fed. R. Civ. P. 54(b). As explained in the memorandum accompanying this Motion, the Court had no legal basis to order this relief and should therefore reconsider and vacate it.

Plaintiff opposes; Amicus consents. A proposed order is attached.

| | |
|---|---|
| Date: January 26, 2024 | Respectfully submitted,<br><br>BRIAN L. SCHWALB<br>Attorney General for the District of Columbia<br><br>STEPHANIE E. LITOS<br>Deputy Attorney General<br>Civil Litigation Division<br><br>*/s/ Matthew R. Blecher*<br>MATTHEW R. BLECHER [1012957]<br>Chief, Civil Litigation Division, Equity Section |

/s/ Honey Morton
HONEY MORTON [1018978]
Assistant Chief, Equity Section

/s/ Adam P. Daniel
ADAM P. DANIEL [1048359]
PAMELA A. DISNEY [1601225]
BRENDAN HEATH [1619960]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 442-7272
Email: adam.daniel@dc.gov

*Counsel for Defendant District of Columbia*

**LCvR 7(m) Certification**

I certify that I discussed this motion with Plaintiff's counsel and Amicus' counsel by email on January 18, 2024, by teleconference on January 19, 2024, and subsequently exchanged emails dated January 19, 24, and 25, 2024.  On January 18, Amicus' counsel represented that Amicus consents to the relief requested.  By email on January 24, Plaintiff's counsel asked that I report Plaintiff's position as follows:  "Plaintiff['s] position is that they oppose this motion but offered to work with Defendant[ ] to structure the discussions in a manner that accommodates the schedule of District personnel and avoids unduly burdening them."

*/s/ Adam P. Daniel*
ADAM P. DANIEL
Assistant Attorneys General
