AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| BREAD FOR THE CITY | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-01945-ACR |
| DISTRICT OF COLUMBIA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff/ Bread for the City.

Date:   02/23/2024

/s/ Steven P. Hollman
*Attorney's signature*

Steven P. Hollman (375658)
*Printed name and bar number*
Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington DC 20006

*Address*

shollman@sheppardmullin.com
*E-mail address*

(202) 747-1941
*Telephone number*

(202) 747-3912
*FAX number*