UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BREAD FOR THE CITY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DISTRICT OF COLUMBIA,<br><br>　　　　Defendant. | Civil Action No. 1:23-cv-1945-ACR |

## NOTICE OF APPEARANCE

The undersigned counsel respectfully asks the Clerk of the Court enter the appearance of Regan Rush as counsel of record for the United States as an interested party in the above-captioned case.

Dated: April 29, 2024　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Regan Rush
　　　　　　　　　　　　　　　　　　　　　　REGAN RUSH
　　　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 980252
　　　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　　　Civil Rights Division
　　　　　　　　　　　　　　　　　　　　　　Special Litigation Section
　　　　　　　　　　　　　　　　　　　　　　950 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 532-5675
　　　　　　　　　　　　　　　　　　　　　　Email: regan.rush@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　*Counsel for United States of America*