## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

BREAD FOR THE CITY,

                    Plaintiff,

          v.                                          No. 1:23-cv-01945-ACR

DISTRICT OF COLUMBIA,

                    Defendant.

### PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE

Plaintiff files this response to address the Court's MINUTE ORDER, dated April 30, 2024, ordering that the parties show cause, if any, "why the Court should not order mediation with a private mediator chosen by the parties with experience with the ADA and Rehabilitation Act and/or the issues raised in the Complaint, with the parties to share the costs evenly." With respect to this question, Plaintiff would prefer robust participation by the District in the Working Group meetings previously ordered by the Court, which would render formal mediation at this juncture unnecessary and would enable the parties to avoid the expenses attendant to engaging a mediator, while at the same time enabling the parties to narrow the issues in dispute and ideally, to work constructively together to improve the District's handling of mental health emergencies, thereby enabling the parties to resolve the dispute.

Plaintiff reiterates that it is willing to reconfigure those meetings as necessary to avoid imposition of undue burden on the District including, but not limited to, by requiring that fewer experts attend the Working Group meetings.  However, if the District refuses Plaintiff's offer of accommodations and the parties cannot reach agreement on the continuation of Working Group meetings by the close of business on Friday May 10, 2024, then Plaintiff is amenable

1

to mediation with cost sharing, subject to and without waiver of a future request to reallocate costs.

May 6, 2024                          Respectfully submitted,

                                     /s/ Daniel L. Brown
                                     Daniel L. Brown (N.Y. Bar No. 2978559)
                                     Steven P. Hollman (D.C. Bar No. 375658)
                                     SHEPPARD, MULLIN, RICHTER &
                                          HAMPTON LLP
                                     2099 Pennsylvania Ave. NW, Ste. 100
                                     Washington, D.C. 20006
                                     Telephone: (202) 747-1941
                                     dbrown@sheppardmullin.com
                                     shollman@sheppardmullin.com
                                     nsnyder@sheppardmullin.com
                                       csimeone@sheppardmullin.com

                                     Ashika Verriest (D.C. Bar No. 90001468)
                                     Jenn Rolnick Borchetta*
                                     Brian Dimmick (D.C. Bar No. 1013979)
                                     Susan Mizner
                                     West Resendes
                                     American Civil Liberties Union Foundation
                                     125 Broad Street
                                     New York, NY 10004
                                     (240) 676-3240
                                     averriest@aclu.org
                                     *Admitted pro hac vice

                                     Michael Perloff (D.C. Bar No. 1601047)
                                     Scott Michelman (D.C. Bar No. 1006945)
                                     American Civil Liberties Union Foundation
                                     of the District of Columbia
                                     529 14th Street NW, Suite 722
                                     Washington, D.C. 20045
                                     (202) 716-1427
                                     mperloff@acludc.org