UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BREAD FOR THE CITY,

                Plaintiff,

v.                                   Civil Action No. 1:23-cv-01945-ACR

DISTRICT OF COLUMBIA,

                Defendant.

## JOINT RESPONSE TO THE COURT'S APRIL 30, 2024 MINUTE ORDER

The Parties jointly submit this filing in response to the Court's April 30, 2024 Minute Order, which directed them to propose a schedule and set page limits for supplemental briefing that addresses the Court's questions arising from the April 30, 2024 hearing on Defendant's Motion to Dismiss. The Parties propose the following schedule:

| | |
|---|---|
| **Opening Brief** (Plaintiff 30 pages; Defendant 25 pages) | June 24, 2024 |
| **Reply Brief** (Plaintiff 25 pages; Defendant 30 pages) | July 15, 2024 |

Multiple attorneys for both Parties have vacation plans over the next two months. The arrangement proposed above reflects the Parties' efforts to accommodate each other's plans while also responding to the Court's questions promptly.

Dated: May 7, 2024

                                                    Respectfully submitted,
                                                    */s/ Michael Perloff*
                                                    Michael Perloff (D.C. Bar No. 1601047)
                                                    Scott Michelman (D.C. Bar No. 1006945)
                                                    American Civil Liberties Union Foundation
                                                    of the District of Columbia
                                                    529 14th Street NW, Suite 722
                                                    Washington, D.C. 20045

(202) 716-1427
mperloff@acludc.org

Ashika Verriest (D.C. Bar No. 90001468)
Jenn Rolnick Borchetta*
Brian Dimmick (D.C. Bar No. 1013979)
Susan Mizner
West Resendes
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
(240) 676-3240
averriest@aclu.org
*Admitted pro hac vice*

Daniel L. Brown (N.Y. Bar No. 2978559)
Steven Hollman (D.C. Bar No. 375658)
Nikole Snyder (D.C. Bar No. 1670948)
Calla N. Simeone (D.C. Bar No. 1766258)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave. NW, Ste. 100
Washington, D.C. 20006
Telephone: (202) 747-1941
dbrown@sheppardmullin.com
shollman@sheppardmullin.com
nsnyder@sheppardmullin.com
csimeone@sheppardmullin.com

*Counsel for Plaintiff*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

/s/ Pamela A. Disney
PAMELA A. DISNEY [1601225]
BRENDAN HEATH [1619960]
ADAM P. DANIEL [1048359]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 807-0371
Email: pamela.disney@dc.gov

*Counsel for Defendant*

3