UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BREAD FOR THE CITY,**<br><br>    Plaintiff,<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>    Defendant. | Civil Action No. 1:23-cv-01945-ACR |

## JOINT STATUS REPORT

Pursuant to the Court's May 21, 2024 Order [68], the Parties report that they had a productive mediation session with Magistrate Judge Moxila A. Upadhyaya on July 18, 2024. Pursuant to Judge Upadhyaya's July 19, 2024 Minute Order, the Parties submitted topics, protocols, and a timeline for additional mediation sessions on July 25, 2024.

The Parties respectfully request that the Court inform them if it would like the Parties to be prepared to discuss any specific issues at the August 7, 2024 status conference.

Date:  July 25, 2024                                           Respectfully submitted,

| | |
|---|---|
| */s/Ashika Verriest* | BRIAN L. SCHWALB |
| Ashika Verriest (D.C. Bar No. 90001468) | Attorney General for the District of Columbia |
| Jenn Rolnick Borchetta* | |
| Brian Dimmick (D.C. Bar No. 1013979) | STEPHANIE E. LITOS |
| Susan Mizner | Interim Deputy Attorney General |
| West Resendes | Civil Litigation Division |
| American Civil Liberties Union Foundation | |
| 125 Broad Street | */s/Matthew R. Blecher* |
| New York, NY 10004 | MATTHEW R. BLECHER [1012957] |
| (240)676-3240 | Chief, Civil Litigation Division, Equity Section |
| | |
| averriest@aclu.org | |
| *Admitted pro hac vice | */s/Honey Morton* |
| | HONEY MORTON [1018978] |
| Michael Perloff (D.C. Bar No. 1601047) | Assistant Chief, Equity Section |

1

Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
(202)716-1427
mperloff@acludc.org

Daniel L. Brown (N.Y. Bar No. 2978559)
Steven Hollman (D.C. Bar No. 375658)
Nikole Snyder (D.C. Bar No. 1670948)
Calla N. Simeone (D.C. Bar No. 1766258)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
2099 Pennsylvania Ave. NW, Ste. 100
Washington, D.C. 20006
Telephone: (202) 747-1941
dbrown@sheppardmullin.com
shollman@sheppardmullin.com
nsnyder@sheppardmullin.com
csimeone@sheppardmullin.com

*Counsel for Plaintiff*

/s/*Adam P. Daniel*
PAMELA A. DISNEY [1601225]
BRENDAN HEATH [1619960]
ADAM P. DANIEL [1048359]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 807-0371
Email: pamela.disney@dc.gov

*Counsel for Defendant*