UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BREAD FOR THE CITY,**<br><br>Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>Defendant. | Civil Action No. 1:23-cv-01945-ACR |

### DEFENDANT'S CONSENT MOTION TO SET ANSWER DEADLINE

Defendant District of Columbia (the District) moves under Rule 6 for the Court to set its deadline to answer Plaintiff's Complaint as October 4, 2024, as discussed at the status hearing on September 10, 2024. At that hearing, the Parties informed the Court of a set of proposed dates they had agreed on for proceeding in this matter following the Court's denial of the District's motion to dismiss, including an answer deadline of October 4, 2024, and a Rule 16(b) Scheduling Conference of October 30, 2024. Later that day, the Court entered a minute order setting the Scheduling Conference for October 30, 2024, at 2:00 p.m. In an abundance of caution, the District requests that the Court also enter an order setting its deadline to answer as October 4, 2024, as the Parties agreed and proposed to the Court during the status hearing. Under Rule 12(a)(4)(A), the District's answer would otherwise be due on September 24, 2024. The District discussed this relief with Plaintiff's counsel, who indicated consent to the relief requested in this motion. *See* LCvR 7(m).

Pursuant to Local Rule 7(a), this Motion includes all supporting points of law and authority. A proposed order follows, as required by Local Rule 7(c).

Date: September 24, 2024.                                             Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

/s/ *Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section

/s/ *Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

/s/ *Adam P. Daniel*
ADAM P. DANIEL [1048359]
BRENDAN HEATH [1619960]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
(202) 442-7272
(202) 805-7605 (cell)
adam.daniel@dc.gov

*Counsel for Defendant*