UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BREAD FOR THE CITY,**<br><br>Plaintiff,<br><br>v.<br><br>**DISTRICT OF COLUMBIA**<br><br>Defendant. | Civil Action No. 1:23-cv-01945-ACR |

## NOTICE APPEARANCE

Pursuant to Local Civil Rule 83.6(a), the Clerk shall please enter the appearance of Assistant Attorney General Conrad Z. Risher as counsel for Defendant in the above-captioned matter.

Dated: March 7, 2025

Respectfully submitted,

/s/ Conrad Z. Risher
CONRAD Z. RISHER
Assistant Attorney General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 417-5394
Email: conrad.risher@dc.gov

*Counsel for Defendants*