# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BREAD FOR THE CITY,**<br><br>  Plaintiff,<br><br>  v.<br><br>**DISTRICT OF COLUMBIA,**<br><br>  Defendant. | **Civil Action No. 1:23-cv-01945-ACR** |

## THIRD JOINT DISCOVERY REPORT

Pursuant to the Court's October 30, 2024 Minute Order, Plaintiff Bread for the City (Bread) and Defendant District of Columbia (the District) submit their third 45-day (or 135-day) Joint Discovery Report. *See* First Joint Discovery Report [87], Second Joint Discovery Report [88].

Since the Second Joint Discovery Report [88], the District has produced several documents, including additional 911 call data, and formal responses to Plaintiff's Interrogatories. Plaintiff served additional discovery requests and identified requests for the District to prioritize. The District continues to make productions on a rolling basis and has agreed to produce certain priority documents by the end of March. The Parties have conferred multiple times to clarify and resolve disputes. They have scheduled standing meetings to continue to clarify and resolve any disputes that arise about discovery issues.

Date:  March 14, 2025                                   Respectfully submitted,

*/s/Ashika Verriest*                                          BRIAN L. SCHWALB
Ashika Verriest (D.C. Bar No. 90001468)      Attorney General for the District of Columbia
Jenn Rolnick Borchetta*
Brian Dimmick (D.C. Bar No. 1013979)        CHAD COPELAND
Susan Mizner                                                  Deputy Attorney General

West Resendes
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
(240) 676-3240

averriest@aclu.org
*Admitted pro hac vice*

Michael Perloff (D.C. Bar No. 1601047)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
(202)716-1427
mperloff@acludc.org

Daniel L. Brown (N.Y. Bar No. 2978559)
Steven Hollman (D.C. Bar No. 375658)
Nikole Snyder (D.C. Bar No. 1670948)
Calla N. Simeone (D.C. Bar No. 1766258)
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave. NW, Ste. 100
Washington, D.C. 20006
Telephone: (202) 747-1941
dbrown@sheppardmullin.com
shollman@sheppardmullin.com
nsnyder@sheppardmullin.com
csimeone@sheppardmullin.com

*Counsel for Plaintiff*

Civil Litigation Division

*/s/Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

*/s/Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/Adam P. Daniel*
ADAM P. DANIEL [1048359]
CONRAD Z. RISHER [1044678]
BRENDAN HEATH [1619960]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 442-7272
Email: adam.daniel@dc.gov

*Counsel for Defendant*