**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BREAD FOR THE CITY,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 1:23-cv-01945-ACR** |
| **DISTRICT OF COLUMBIA,** | |
| **Defendant.** | |

**FOURTH JOINT DISCOVERY REPORT AND JOINT STATUS REPORT**

Pursuant to the Court's October 30, 2024 Minute Order, Plaintiff Bread for the City (Bread) and Defendant District of Columbia (the District) submit their fourth 45-day (or 180-day) Joint Discovery Report and Joint Status Report.[1] *See* First Joint Discovery Report [87], Second Joint Discovery Report [88], Third Joint Discovery Report [91].

To date, Plaintiff has served two sets of interrogatories, three sets of requests for the production of documents, and a Rule 30(b)(6) Notice. The District has served its first set of interrogatories and first set of requests for the production of documents. Since the Third Joint Discovery Report [88], the Parties have continued to regularly communicate and teleconference every two weeks to prioritize and answer discovery requests, discuss plans for proceeding with subsequent lines of inquiry, identify the most efficient means for continuing to take that discovery, and clarify and resolve disputes without unnecessarily burdening the Court with discovery motions practice.

---

[1]    The Parties have combined the Joint Discovery Report due on April 28, with the Joint Status Report due on May 1, 2025. *See* Minute Order (Oct. 30, 2024); Joint Rule 26(f) Report [86] at 6 (Oct. 23, 2024).

Discovery in this case is proving to be particularly complex and time-consuming.  There are four principal District agencies involved in the case, multiple operational and technical components from the individual agencies, and several different lines of iterative inquiries directed at the District through those agency components, individually and collectively.  Despite the complex discovery, the Parties are working collaboratively.  Specifically, they plan to continue their standing meetings, prioritize discovery requests, and work through disputes as the most efficient means of continuing to focus and move forward with written discovery requests, document productions, and depositions.

Date:   April 28, 2025

/s/Ashika Verriest
Ashika Verriest (D.C. Bar No. 90001468)
Jenn Rolnick Borchetta*
Brian Dimmick (D.C. Bar No. 1013979)
Susan Mizner
West Resendes
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
(240) 676-3240
averriest@aclu.org
*Admitted pro hac vice

Michael Perloff (D.C. Bar No. 1601047)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
(202)716-1427
mperloff@acludc.org

Daniel L. Brown (N.Y. Bar No. 2978559)
Steven Hollman (D.C. Bar No. 375658)
Nikole Snyder (D.C. Bar No. 1670948)
Calla N. Simeone (D.C. Bar No. 1766258)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/Matthew R. Blecher
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

/s/Honey Morton
HONEY MORTON [1019878]
Assistant Chief, Equity Section

/s/Adam P. Daniel
ADAM P. DANIEL [1048359]
CONRAD Z. RISHER [1044678]
BRENDAN HEATH [1619960]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, DC 20001
Phone: (202) 442-7272
Email: adam.daniel@dc.gov

Counsel for Defendant

2099 Pennsylvania Ave. NW, Ste. 100
Washington, D.C. 20006
Telephone: (202) 747-1941
dbrown@sheppardmullin.com
shollman@sheppardmullin.com
nsnyder@sheppardmullin.com
csimeone@sheppardmullin.com

*Counsel for Plaintiff*