UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BREAD FOR THE CITY,

    *Plaintiff*,
         v.

DISTRICT OF COLUMBIA,

    *Defendant*.

Civil Action No. 1:23-cv-01945-ACR

**JOINT DISCOVERY REPORT**

Pursuant to the Court's October 30, 2024 Minute Order, Plaintiff Bread for the City (Bread) and Defendant District of Columbia (the District) submit their sixth 45-day (or 270-day) Joint Discovery Report. *See* First Joint Discovery Report [87], Second Joint Discovery Report [88], Third Joint Discovery Report [91], Fourth Discovery Report and Joint Status Report [92], and Fifth Joint Discovery Report [97].

To date, Plaintiff served two sets of interrogatories, three sets of requests for the production of documents and a Rule 30(b)(6) Notice. The District served one set of interrogatories and one set of requests for the production of documents on April 25, 2025. The District has produced additional documents since the last Joint Status Report and Plaintiff has informed the District of its timeline for completing productions responsive to the District's requests.

The Parties appeared before the Court on July 22 for a discovery conference. Plaintiff has provided the District with spreadsheets containing the 700 events for which Plaintiff seeks event chronologies and specific types of reports related to those events. Plaintiff also listed the three types of reports that it is requesting separately and the agency or agencies that it believes

possess each type of report. Plaintiff is requesting 150 of each type of report. The District has begun the process of gathering the event chronologies Plaintiff requested.

The Parties pledge to work in good faith to resolve disputes and to complete discovery in a timely manner.

Date:   July 28, 2025                                            Respectfully submitted,

/s/ Ashika Verriest                                                BRIAN L. SCHWALB
Ashika Verriest (D.C. Bar No. 90001468)         Attorney General for the District of Columbia
Jenn Rolnick Borchetta*
Brian Dimmick (D.C. Bar No. 1013979)
Susan Mizner
West Resendes
American Civil Liberties Union Foundation       CHAD COPELAND
125 Broad Stret                                                   Deputy Attorney General
New York, NY 10004                                         Civil Litigation Division
(240) 676-3240
averriest@aclu.org
*Admitted pro hac vice

/s/Matthew R. Blecher
MATTHEW R. BLECHER [1012957]
Chief, Civil Litigation Division, Equity Section

Michael Perloff (D.C. Bar No. 1601047)
Scott Michelman (D.C. Bar No. 1006945)         /s/Honey Morton
American Civil Liberties Union Foundation       HONEY MORTON [1019878]
of the District of Columbia                              Assistant Chief, Equity Section
529 14th Street NW, Suite 722
Washington, D.C. 20045                                  /s/ Conrad Z. Risher
(202) 716-1427                                                  ADAM P. DANIEL [1048359]
mperloff@acludc.org                                       CONRAD Z. RISHER [1044678]
                                                                          BRENDAN HEATH [1619960]
                                                                          JULIE TOLMIE*
                                                                          Assistant Attorneys General
                                                                          Civil Litigation Division
Daniel L. Brown (N.Y. Bar No. 2978559)        400 6th Street, NW
Steven Hollman (D.C. Bar No. 375658)          Washington, D.C. 20001
Nikole Snyder (D.C. Bar No. 1670948)          Phone: (202) 417-5394
Calla N. Simeone (D.C. Bar No. 1766258)     Email: conrad.risher@dc.gov
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP                                               *Counsel for Defendant*
2099 Pennsylvania Ave. NW, Ste. 100
Washington, D.C. 20006                                 *Counsel is a member in good standing of the
dbrown@sheppardmullin.com                       Oregon State Bar, authorized by the Office of the

2

shollman@sheppardmullin.com
nsnyder@sheppardmullin.com
csimeone@sheppardmullin.com

*Counsel for Plaintiff*

Attorney General for the District of Columbia to provide legal services pursuant to Local Civil Rule 83.2(g). Counsel certifies that she is personally familiar with the Local Rules of this Court as well as the other materials set forth in Local Civil Rules 83.8(b) and 83.9(a).