UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BREAD FOR THE CITY,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**THE DISTRICT OF COLUMBIA,**<br><br>    **Defendant.** | **Civil Action No. 1:23-cv-01945-ACR** |

# ORDER

Pursuant to the discussion at the September 19, 2025 Status Conference, and the entire record, it is this _____ day of _____, 2025:

**ORDERED** that all current deadlines are **VACATED**; and it is further

**ORDERED** that the Parties shall engage in mediation after the close of fact discovery; and it is further

**ORDERED** that the following schedule is set for this matter:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | March 2, 2026 |
| Plaintiff's Expert Report | November 2, 2026 |
| Defendant's Expert Report | December 2, 2026 |
| Close of Expert Discovery | February 8, 2027 |
| Pre-Motion Conference (PMC) Notices (Summary Judgment) | March 1, 2027 |
| Responses to PMC Notices | March 9, 2027 |
| Pre-Motion Conference | March 16, 2027 at 10:30 a.m. |
| Plaintiff's Motion for Summary Judgment | April 16, 2027 |

2

| | |
|---|---|
| Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment | June 7, 2027 |
| Plaintiffs' Reply in Support of Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment | July 9, 2027 |
| Defendant's Reply in Support of Motion for Summary Judgment | July 30, 2027 |
| Hearing on Summary Judgment | August 9, 2027 at 10:00 a.m. |
| Trial Commences | September 20, 2027 |

**SO ORDERED.**

Date: _____ _____
ANA C. REYES
United States District Judge