UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BREAD FOR THE CITY,

   *Plaintiff,*

v.

DISTRICT OF COLUMBIA,

   *Defendant.*

Case No. 1:23-cv-1945 (ACR)

## SCHEDULING ORDER

The Court **VACATES** all current deadlines and **ORDERS** the parties to abide by the following Scheduling Order:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | July 3, 2026 |
| Plaintiff's Expert Report | November 2, 2026 |
| Defendant's Expert Report | December 2, 2026 |
| Close of Expert Discovery | February 8, 2027 |
| Pre-Motion Conference (PMC) Notices (Summary Judgment) | March 1, 2027 |
| Responses to PMC Notices | March 9, 2027 |
| Pre-Motion Conference | March 16, 2027 at 10:30 a.m. |
| Plaintiff's Motion for Summary Judgment | April 16, 2027 |
| Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment | June 7, 2027 |
| Plaintiffs' Reply in Support of Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment | July 9, 2027 |
| Defendant's Reply in Support of Motion for Summary Judgment | July 30, 2027 |

| Event | Deadline |
|---|---|
| Hearing on Summary Judgment | August 9, 2027 at 10:00 a.m. |
| Trial Commences | September 20, 2027 at 9:30 a.m. |

**SO ORDERED.**

Date:  March 3, 2026

_____
ANA C. REYES
United States District Judge