**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BREAD FOR THE CITY,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 1:23-cv-01945-ACR** |
| **THE DISTRICT OF COLUMBIA,** | |
| **Defendant.** | |

**JOINT DISCOVERY REPORT**

Pursuant to the Court's October 30, 2024 Minute Order, Plaintiff Bread for the City and Defendant District of Columbia (the District) submit their eleventh 45-day (or 495-day) Joint Discovery Report. *See* Joint Discovery Reports [87, 88, 91, 92, 97, 98, 99, 102, 104, and 105].

Plaintiff made productions on February 10, February 13, February 27, and March 2. It has now re-produced most of the previously produced documents in an attempt to resolve the District's concerns about formatting and metadata. Plaintiff also provided a privilege log on February 10. One additional re-production preserving metadata for approximately seven catering receipts is forthcoming. Plaintiff's counsel and experts continue to review the information provided by the District to identify a subset of incidents for which they will request body-worn camera footage and event chronologies for which they will request audio recordings. The Parties have exchanged letters raising deficiencies in their respective productions to date and are working in good faith to resolve those deficiencies without the need to bring them to the Court's attention. The District is reviewing Plaintiff's recent productions to determine the extent to which Plaintiff has addressed any of the deficiencies the District raised and awaits responses to others Plaintiff has indicated will be forthcoming.

As previously reported in the Tenth Joint Discovery Report [105], Plaintiff served a notice of deposition on the District pursuant to Federal Rule of Civil Procedure 30(b)(6) on December 20, 2025. On February 13, 2026, the District submitted a letter identifying several concerns about the scope of Plaintiff's topics and designating four witnesses to testify on behalf of the District. Consistent with the Rule's requirement, the Parties continue to confer in good faith about the matters for examination. Plaintiff awaits the District's proposed dates for the depositions to occur.

In addition to the Rule 30(b)(6) deposition, Plaintiff has noticed the individual deposition of one District employee and has served a subpoena for the deposition of a third-party witness. Plaintiff has informed the District that it intends to notice additional individual depositions of District employees, including at least one former employee, and will provide additional details to the District in due course.  The District has stated that it will notice depositions when it has received the additional information described above.

Pursuant to the Court's March 3, 2026 Order, the Parties will contact Judge Upadhyaya to coordinate a mediation schedule.

The Parties continue to meet biweekly to discuss discovery issues.

Date:   March 9, 2026

/s/ Michael Perloff
Michael Perloff (D.C. Bar No. 1601047)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
(202) 716-1427
mperloff@acludc.org

Ashika Verriest (D.C. Bar No. 90001468)
Jenn Rolnick Borchetta*
Brian Dimmick (D.C. Bar No. 1013979)
Susan Mizner
Andrew K. Jondahl*
West Resendes
American Civil Liberties Union Foundation
125 Broad Stret
New York, NY 10004
(240) 676-3240
averriest@aclu.org
*Admitted pro hac vice

Daniel L. Brown (N.Y. Bar No. 2978559)
Steven Hollman (D.C. Bar No. 375658)
Nikole Snyder (D.C. Bar No. 1670948)
Calla N. Simeone (D.C. Bar No. 1766258)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
2099 Pennsylvania Ave. NW, Ste. 100
Washington, D.C. 20006
dbrown@sheppardmullin.com
shollman@sheppardmullin.com
nsnyder@sheppardmullin.com
csimeone@sheppardmullin.com

*Counsel for Plaintiff*

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/ Matthew R. Blecher
MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation
Division

/s/ Honey C. Morton
HONEY C. MORTON [1019878]
Assistant Chief, Equity Section

/s/ Conrad Z. Risher
ADAM P. DANIEL [1048359]
CONRAD Z. RISHER [1044678]
BRENDAN HEATH [1619960]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 417-5394
Email: conrad.risher@dc.gov

*Counsel for Defendant*

3