**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BREAD FOR THE CITY,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**THE DISTRICT OF COLUMBIA,**<br><br>    **Defendant.** | **Civil Action No. 1:23-cv-01945-ACR** |

### JOINT MOTION TO EXTEND THE CLOSE OF FACT DISCOVERY

The Parties jointly move for an extension of the close of fact discovery from July 3, 2026, to September 4, 2026.[1] As directed, the Parties are proceeding with mediation under Magistrate Judge Upadhyaya's Stipulated Protective Order and Mediation Confidentiality Agreement [119]. *See, e.g.*, Minute Order (Mar. 3, 2026). As reflected in the Parties' most recent Joint Discovery Report [120], they continue to make progress on fact discovery and have discussed their respective needs for additional fact discovery during the mediation period, potential objections to related requests, and their mutual need for additional time to work through, narrow, and resolve as many of the remaining issues as possible without the Court's intervention.

The Parties therefore jointly move under Rules 6(b)(1)(A) and 16(b)(4) for an approximately 60-day extension of the close of fact discovery from July 3, 2026, to September 4, 2026. This is the second extension of this deadline requested by the Parties since the schedule was discussed with the Court at the September 19, 2025 Status Conference and no other deadline in the Scheduling Order [108] subsequently entered by the Court is affected by this request. *See*

---

[1]    This request is being submitted more than four days before the current close of discovery, as required by the Court's Standing Order. *See* Standing Order § 9.b. [11].

Standing Order § 9.b.; Joint Mot. [107].  The Parties submit that their efforts to minimize disputes and move discovery in this complex case forward within the broader parameters set by the Court is "good cause" to extent the close of fact discovery.  *See* Standing Order § 9.b.  If this motion is granted, the complete operative schedule would be as follows:

| Event | Deadline |
| --- | --- |
| Close of Fact Discovery | September 4, 2026* |
| Plaintiff's Expert Report | November 2, 2026 |
| Defendant's Expert Report | December 2, 2026 |
| Close of Expert Discovery | February 8, 2027 |
| Pre-Motion Conference (PMC) Notices (Summary Judgment) | March 1, 2027 |
| Responses to PMC Notices | March 9, 2027 |
| Pre-Motion Conference | March 16, 2027 at 10:30 a.m. |
| Plaintiff's Motion for Summary Judgment | April 16, 2027 |
| Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment | June 7, 2027 |
| Plaintiffs' Reply in Support of Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment | July 9, 2027 |
| Defendant's Reply in Support of Motion for Summary Judgment | July 30, 2027 |
| Hearing on Summary Judgment | August 9, 2027 at 10:00 a.m. |
| Trial Commences | September 20, 2027 at 9:30 a.m. |

\*      This is the only deadline changed from the previous Scheduling Order [108].

Pursuant to Local Rule 7(a), this Motion includes all supporting points of law and authority.

A proposed order follows, as required by Local Rule 7(c).  *See also* Standing Order § 7.e.

Date:   June 22, 2026                                     Respectfully submitted,

*/s/ Ashika Verriest*
Ashika Verriest (D.C. Bar No. 90001468)
Jenn Rolnick Borchetta*
Brian Dimmick (D.C. Bar No. 1013979)
Andrew K. Jondahl*
Sarah Steege*
West Resendes
American Civil Liberties Union Foundation
125 Broad Stret
New York, NY 10004
(240) 676-3240
averriest@aclu.org
*Admitted pro hac vice*
Michael Perloff (D.C. Bar No. 1601047)
Scott Michelman (D.C. Bar No. 1006945)
American Civil Liberties Union Foundation
of the District of Columbia
529 14th Street NW, Suite 722
Washington, D.C. 20045
(202) 716-1427
mperloff@acludc.org

Daniel L. Brown (N.Y. Bar No. 2978559)
Steven Hollman (D.C. Bar No. 375658)
Nikole Snyder (D.C. Bar No. 1670948)
Calla N. Simeone (D.C. Bar No. 1766258)
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
2099 Pennsylvania Ave. NW, Ste. 100
Washington, D.C. 20006
dbrown@sheppardmullin.com
shollman@sheppardmullin.com
nsnyder@sheppardmullin.com
csimeone@sheppardmullin.com

*Counsel for Plaintiff*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation
Division

*/s/ Honey C. Morton*
HONEY C. MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Adam P. Daniel*
ADAM P. DANIEL [1048359]
CONRAD Z. RISHER [1044678]
BRENDAN HEATH [1619960]
Assistant Attorneys General
Civil Litigation Division
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 417-5394
Email: conrad.risher@dc.gov

*Counsel for Defendant*