**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **BREAD FOR THE CITY,**<br><br>　　**Plaintiff,**<br><br>　　**v.**<br><br>**THE DISTRICT OF COLUMBIA,**<br><br>　　**Defendant.** | **Civil Action No. 1:23-cv-01945-ACR** |

## <u>SCHEDULING ORDER</u>

Upon consideration of the Parties' Joint Motion to Extend The Close of Fact Discovery

and the entire record, it is this _____day of ___, 2026:

**ORDERED** that the Scheduling Order [108] is hereby modified; and it is further

**ORDERED** that deadline for the close of fact discovery is extended from July 3, 2026,

to September 4, 2026; and it is further

**ORDERED** that the Parties shall adhere to the following Scheduling Order:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | September 4, 2026* |
| Plaintiff's Expert Report | November 2, 2026 |
| Defendant's Expert Report | December 2, 2026 |
| Close of Expert Discovery | February 8, 2027 |
| Pre-Motion Conference (PMC) Notices (Summary Judgment) | March 1, 2027 |
| Responses to PMC Notices | March 9, 2027 |
| Pre-Motion Conference | March 16, 2027 at 10:30 a.m. |
| Plaintiff's Motion for Summary Judgment | April 16, 2027 |

2

| Event | Deadline |
|---|---|
| Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment | June 7, 2027 |
| Plaintiffs' Reply in Support of Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment | July 9, 2027 |
| Defendant's Reply in Support of Motion for Summary Judgment | July 30, 2027 |
| Hearing on Summary Judgment | August 9, 2027 at 10:00 a.m. |
| Trial Commences | September 20, 2027 at 9:30 a.m. |

\*      This is the only deadline changed from the previous Scheduling Order [108].

**SO ORDERED.**

Date:  _____          _____

ANA C. REYES
United States District Judge