**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BREAD FOR THE CITY,

*Plaintiff*,

v.

THE DISTRICT OF COLUMBIA,

*Defendant*.

Case No. 1:23-cv-1945 (ACR)

# SCHEDULING ORDER

Upon consideration of the Parties' Joint Motion to Enlarge the Scheduling Order, Dkt. 124, the Court **VACATES** all current deadlines and **ORDERS** the Parties to abide by the following Scheduling Order:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | January 15, 2027 |
| Plaintiff's Expert Report | March 15, 2027 |
| Defendant's Expert Report | April 15, 2027 |
| Close of Expert Discovery | June 15, 2027 |
| Pre-Motion Conference (PMC) Notices (Summary Judgment) | July 9, 2027 |
| Responses to PMC Notices | July 16, 2027 |
| Pre-Motion Conference | July 23, 2027 at 10:30 a.m. |
| Plaintiff's Motion for Summary Judgment | August 23, 2027 |
| Defendant's Opposition to Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment | October 4, 2027 |

| Event | Deadline |
|---|---|
| Plaintiffs' Reply in Support of Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment | November 1, 2027 |
| Defendant's Reply in Support of Motion for Summary Judgment | November 22, 2027 |
| Hearing on Summary Judgment | December 3, 2027 at 10:30 a.m. |
| Trial Commences | January 17, 2028 at 9:30 a.m. |

**SO ORDERED.**

Date: August 19, 2026

ANA C. REYES
United States District Judge